**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:  )
**Kenritia Meadows Coats** ) Case No. **B-11-        C-13G**
**7005 W. Friendly Avenue, Apt. A** ) Chapter **13**
**Greensboro, NC 27410** )
    )
    )
SS# **xxx-xx-6958**    )
    Debtor )

# NOTICE TO CREDITORS AND PROPOSED PLAN

**The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 3, 2011.**

**The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.**

**Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.**

**A creditor must timely file a proof of claim with the Bankruptcy Court in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$460.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

1. **Attorney fees.**

    ☒ The attorney for the Debtor will be paid the base fee of $3,000.00. The Attorney has received $**500.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

    ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

    a. ☒ None

    b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

    c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

    d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **-NONE-** |  |

**IV.   Secured Claims**                                                                                                         11-10162

   **1.   Real Property Secured Claims**

   a.   ☒ None

   b.   All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

   **2.   Personal Property Secured Claims**

   a.   ☐ None

   b.   Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| American Honda | 2009 Honda Accord | $15,150.00 | Y | $6,541.00 | $151.00 | $362.00 | Till |
| Rooms To Go | Bedroom furniture | $ 3,585.00 | Y | $2,585.00 | $ 0.00 | $ 18.00 | |

   The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

   *To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

   **3.   Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **Chase Home Finance** | **Former residence at 607 Forbes Street, Eden, NC** |

   **4.   Liens to be Avoided**

   The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is **0%**.

VII. **Executory Contracts/Leases**

a. ☒ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

VIII. **Special Provisions**

a. ☐ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms  ***Debtor requests direct pay as she will soon be out of work for maternity leave.***

Date: **February 3, 2011**

/s/ Jeffrey P. Farran
**Jeffrey P. Farran**
Attorney for the Debtor
Address: **706 Green Valley Road, Suite 505**
**Greensboro, NC 27408-7023**
Telephone: **(336) 272-2157**
State Bar No. **05595**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
        )
**Kenritia Meadows Coats,**  ) **CERTIFICATE OF SERVICE**
        )
SS#  **xxx-xx-6958**  ) Case No. **B-11-          C-13G**
        )
        Debtor  )

The undersigned certifies that a copy of the **Notice to Creditors and Proposed Plan** was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**P.O. Box 1720**
**Greensboro, NC 27402-1720**

**American Express**
**c/o Becket and Lee**
**P.O. Box 3001**
**Malvern, PA 19355**

**American Express**
**c/o Amanda Mason**
**Smith Debnam Narron Drake**
**P.O. Box 26268**
**Raleigh, NC 27611-6268**

**American Express**
**c/o NCO Financial Systems**
**507 Prudential Road**
**Horsham, PA 19044**

**American Honda Finance**
**National Bankruptcy Center**
**P.O. Box 168088**
**Irving, TX 75016-8088**

**AT&T**
**c/o Collection Company of America**
**700 Longwater Drive**
**Norwell, MA 02061**

**Best Buy/HSBC Card Services**
**Attn: Bankruptcy**
**P.O. Box 5263**
**Carol Stream, IL 60197**

**Capital One Bank (USA), N.A.**
**c/o Allied Interstate**
**3000 Corporate Exchange Drive, 5th Floor**
**Columbus, OH 43231-7689**

**Capital One, N.A.**
**Attn: Bankruptcy/Recovery**
**P.O. Box 5155**
**Norcross, GA 30091**

**Chase Home Finance**
**c/o Jeremy B. Wilkins - Sub Trustee**
**Brock & Scott, PLLC**
**5431 Oleander Drive, Suite 200**
**Wilmington, NC 28403**

**CHELA/Sallie Mae**
**Attn: Bankruptcy**
**P.O. Box 9500**
**Wilkes Barre, PA 18773-9500**

**Children's Place/Citicorp**
**Attn: Centralized Bankruptcy**
**P.O. Box 20507**
**Kansas City, MO 64195-0507**

**Children's Place/Citicorp**
**c/o CBE Group**
**P.O. Box 900**
**Waterloo, IA 50704**

**Dell Financial Services**
**Attn: Bankruptcy Dept.**
**P.O. Box 81577**
**Austin, TX 78708**

**Dell Financial Services**
**c/o Primary Financial Services**
**3115 North 3rd Avenue, Suite 112**
**Phoenix, AZ 85013**

**Dept Of Education/Sallie Mae**
**Attn: Bankruptcy**
**P.O. Box 9635**
**Wilkes Barre, PA 18773**

**Employment Security Commission**
**Tax Dept**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

**FirstPoint Collection Resources**
**P.O. Box 26140**
**Greensboro, NC 27402-6140**

**Greensboro City Taxes**
**P.O. Box 3136**
**Greensboro, NC 27402**

**Guilford County Tax Dept.**
**P.O. Box 3328**
**Greensboro, NC 27402-3328**

**HSBC Bank Card Services**
**Attn: Bankruptcy**
**P.O. Box 5253**
**Carol Stream, IL 60197**

**HSBC Bank Nevada, N.A.**
**c/o Dominion Law Associates**
**222 Central Park Avenue, Suite 210**
**Virginia Beach, VA 23462-3026**

**HSBC Retail Services**
**c/o NCB Management Services**
**P.O. Box 1099**
**Langhorne, PA 19047**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Kensington Place Apartments**
**c/o Certified Recovery Service**
**12 Waie Street, Suite B1**
**Greenville, SC 29607-3226**

**Lender Business Process Services**
**14523 SW Milliken Way, Suite 200**
**Beaverton, OR 97005**

**Lowe's/GE Money Bank**
**Attn: Bankruptcy Department**
**P.O. Box 103104**
**Roswell, GA 30076**

**Lowe's/GE Money Bank**
**c/o NCC Business Services**
**9428 Baymeadows Road, #200**
**Jacksonville, FL 32256**

**Macy's/FDSB**
**Attn: Bankruptcy**
**P.O. Box 8053**
**Mason, OH 45040**

NC Dept of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27640-0001

New York & Co./WFNNB
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

New York & Co/WFNB
c/o CAC Financial Corp
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK 73112-7236

Pier1/Chase Cardmember Services
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Rockingham County Tax Dept.
P.O. Box 68
Wentworth, NC 27375-0068

Rooms To Go/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076

State Employees' Credit Union
Loss Mitigation: Bankruptcy Dept.
P.O. Box 25279
Raleigh, NC 27611-5279

Sun And Seas
c/o ES Financial
3200 Broadmoor Avenue, SE
Grand Rapids, MI 49512

Time Warner - Guilford
c/o Credit Protection Association
Attn: Bankruptcy Dept.
P.O. Box 802068
Dallas, TX 75380-2068

Torrid/WFNNB
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

Date: **February 3, 2011**

/s/ Jeffrey P. Farran
Jeffrey P. Farran   NCSB #05595
Attorney for Debtor
706 Green Valley Road, Suite 505
Greensboro, NC  27408-7023
(336)272-2157